# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

MELISSA FIELDS                                                                                                PLAINTIFF

v.                                              No. 3:06CV00224 JLH

LINDA S. McMAHON, Acting Commissioner,
SOCIAL SECURITY ADMINISTRATION                                                       DEFENDANT

## ORDER

The Commissioner of the Social Security Administration has moved to remand the case for further action because significant portions of the recording of the administrative hearing are inaudible, so she is unable to produce a transcript of the hearing. The motion states that opposing counsel has been contacted and has no objection to the motion.

Therefore, this case is remanded to the Commissioner pursuant to sentence six of § 205(g) of the Social Security Act, 42 U.S.C. § 405(g), for the Commissioner to conduct a *de novo* hearing.

IT IS SO ORDERED this 8th day of February, 2007.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE